463 A.2d 44

Commonwealth v. Wilt, Appellant.

Submitted March 10, 1983. John Joseph Moran, II, Assistant Public Defender, for appellant; Michael E. Bortner, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Affirmed.

463 A.2d 45

Commonwealth ex rel. Donachy v. Kearney.

Appeal of Commonwealth of Pennsylvania.

Argued April 12, 1983. James J. Rosini, for Commonwealth, appellant; Charles H. Saylor, for appellee.

Before HESTER, MONTEMURO and POPOVICH, JJ.

Order affirmed.